UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 19-6397-JLS |
| Plaintiff, | [CR 18-0244-JLS-2] |
| v. | |
| MELQUIADES JACINTO LARA, | ORDER TO TERMINATE WRIT OF CONTINUING GARNISHMENT |
| Defendant. | [PEDRO S. PINEDO] |

Pursuant to the request for withdrawal of the United States, IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment as to Garnishee Pedro S. Pinedo and the accompanying documents filed on July 24, 2019, are withdrawn and the matter is closed.

**IT IS SO ORDERED.**

DATED:  February 11, 2020

_____
Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE